**FILED**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**NOVEMBER 1, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

CEM

JUDGE GUZMAN
MAGISTRATE JUDGE COLE

| In the Matter of | Case Number: |
|---|---|

JASON MANDIK, et al.

v.

MORETTI'S PIZZA PLACE & BBQ, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF JASON MANDIK

**07 C 6192**

| NAME (Type or print) |
|---|
| ALEX HAGELI |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Alex Hageli |

| FIRM |
|---|
| LAW OFFICE OF ALEX M. HAGELI |

| STREET ADDRESS |
|---|
| 435 S CLEVELAND AVENUE, SUITE 306 |

| CITY/STATE/ZIP |
|---|
| ARLINGTON HEIGHTS, IL  60005 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6272337 | 847-392-4832 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐