**07 C 6192**

# EXHIBIT A

**JUDGE GUZMAN
MAGISTRATE JUDGE COLE**

```
            TRANSACTION RECORD

               Moretti's
            6727 N. OLMSTEAD AVENUE
          631-1223    DELIVERY:631-1175


    CARD TYPE:VISA
    Nu. REDACTED    EXPI.: REDACTED
    ENTRY:SWIPED
    AUTHORIZATION:060727
    STORE #:0
    TERMINAL:1
    REFERENCE:839877

    PURCHASE              $24.46

    TIP         _____

    TOTAL       _____


    Tel: (_____)_____


    X   _____

                THANK YOU
        SEPTEMBER 20 2007 13:09:01
          Server's Name : JON L

              MERCHANT COPY
```