IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JASON MANDIK, )<br>)<br>  on behalf of himself and all others )<br>  similarly situated, )<br>)<br>       Plaintiff, )<br>)<br>  vs. )<br>)<br>)<br>MORETTI'S PIZZA PLACE & BBA )<br>INC., )<br>)<br>       Defendant. )<br>) | Case No. 07 C 6192<br><br>Judge Guzman<br><br>Magistrate Judge Cole |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Jason Mandik, by and through his attorney Alex Hageli of the LAW OFFICE OF ALEX M. HAGELI, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, voluntarily dismisses this case as to his individual claims without prejudice and without an award of costs or attorneys' fees to either party.

DATED:  December 28, 2007    Respectfully submitted,


                                          s/ Alex Hageli
                                          Alex Hageli
                                          LAW OFFICE OF ALEX M. HAGELI
                                          435 South Cleveland Avenue, Suite 306
                                          Arlington Heights, IL  60005
                                          (847) 392-4832
                                          alex@hageli.com

                                          **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify, on this 28th day of December, 2007, I caused the foregoing **Notice of Voluntary Dismissal** to be filed electronically.  Copies of docket filings may be accessed via the PACER system.

_s/ Alex Hageli_