UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Jason Mandik
                              Plaintiff,

v.                                            Case No.: 1:07−cv−06192
                                                          Honorable Ronald A. Guzman

Moretti's Pizza Place & BBQ Inc
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, January 2, 2008:

      MINUTE entry before Judge Ronald A. Guzman :Plaintiff having filed a notice of voluntary dismissal pursuant to Federal Rules of Civil Procedure 41(a)(1)this action is hereby dismissed without prejudice and without an award of costs or attorneys' fees to either party. Any pending motions or schedules are stricken as moot.Civil case terminated. Mailed notice(cjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.